UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---
LOWRITA RICKENBACKER,

                        Plaintiff,

         -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY SHERIFF'S OFFICE, SUFFOLK COUNTY HEALTH DEPARTMENT, SGT. STEVEN LUNDQUIST, Individually and in his Official Capacity, C.O. RAYMOND OLIVENCIA, Individually and in His Official Capacity, C.O. "JANE" McCARRITY, Individually and in her Official Capacity, WARDEN THOMAS MURPHY, individually and in his official capacity, SHERIFF ALFRED TISCH, Individually and in his official capacity, ESTATE OF GARY A. FEINBERG, Individually and in his Official Capacity, VINCENT GERACI, M.D., Individually and in his Official Capacity, as Chief Physician at SUFFOLK COUNTY CORRECTIONAL FACILITY, CAROL MANDERINO, Individually and in her Official Capacity, and C.O.S "JOHN DOE" #1-10, Individually and in their Official Capacities, (the name John Doe being fictitious as the true names are presently unknown),

                        Defendants.

ORDER ISSUED PURSUANT TO G.M.L. §6-n APPROVING SETTLEMENT

CV 08-1011 (ADS)(ARL)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    [    ] 2011    ★

LONG ISLAND OFFICE

---

P R E S E N T: Hon. Arthur D. Spatt,

    WHEREAS, an application has been made to the undersigned by defendant

COUNTY OF SUFFOLK in the captioned action for an Order approving a settlement of

the action pursuant to Section 6-n of the General Municipal Law of the State of New York, for $85,000.00 (EIGHTY FIVE THOUSAND DOLLARS),

Now, upon reading and filing:

a) the letter of Bureau Chief Susan A. Flynn, dated November 10, 2011;

b) the General Release signed by plaintiff, Lowrita Rickenbacker;

d) the letter of Hon. Steve Stern, Vice Chairman of the Suffolk County Ways & Means Committee of the Suffolk County Legislature, dated October 5, 2011, approving settlement of the claim;

And it satisfactorily appearing to the Court from all prior proceedings had herein, that the proposed settlement of EIGHTY FIVE THOUSAND ($85,000.00) DOLLARS, to be paid by defendant, COUNTY OF SUFFOLK, is just, reasonable and in the best interest of Suffolk County and the plaintiff;

IT IS, therefore, on the application of defendant, COUNTY OF SUFFOLK, and with the consent of the plaintiff's attorney;

THEREFORE ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

ORDERED, that the settlement of the captioned matter for the amount of EIGHTY FIVE THOUSAND ($85,000.00) DOLLARS, inclusive of all costs, disbursements and attorney's fees, to be paid to plaintiff, LOWRITA RICKENBACKER and her attorney, JON L. NORINSBERG, is approved, and the application for said approval is hereby granted.

IT IS FURTHER ORDERED that the within matter is hereby dismissed, with prejudice.

SO ORDERED.

/s/ Judge Spatt
U.S. District Court Judge
Hon. Arthur D. Spatt E.D.N.Y

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**